UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JACOB BUNIS,

                            Plaintiff,

     -against-

ISRAIR GSA, INC., and ISRAIR AIRLINES &
TOURISM, LTD.,

                           Defendants.
---------------------------------------------------------------x

DECISION & ORDER

06-CV-6437-ENV-JMA

VITALIANO, D.J.

On November 21, 2008, Magistrate Judge Joan M. Azrack issued a Report and Recommendation in the above-captioned action recommending that the action be dismissed with prejudice for lack of prosecution. No objections to Magistrate Judge Azrack's Report and Recommendation have been filed.

In reviewing a Report and Recommendation, this court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Moreover, in order to accept a magistrate judge's Report and Recommendation where no timely objection has been made, the "court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (quoting Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)).

After careful review of all the evidence in the record below, the Court finds no clear error in Magistrate Judge Azrack's Report and Recommendation and therefore adopts its findings and conclusions as its own. Accordingly, for the reasons stated therein, the action is dismissed with prejudice.

The Clerk is directed to enter judgment and to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       August 4, 2009

                                                  ERIC N. VITALIANO
                                                  United States District Judge